DERICK E. KONZ, ESQ., SB No. 286902
   Email: dkonz@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants CITY OF SACRAMENTO, DANIEL WILLIAMS, BAILEY FOSTER, KEVIN LUCAS and KRISTIN BEAL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABRINA CERVANTES, | Case No.: 2:26-CV-01343-TLN-SCR |
| Plaintiff, | **STIPULATION FOR 28-DAY EXTENSION TO FILE RESPONSIVE PLEADING** |
| vs. | |
| CITY OF SACRAMENTO, ET AL., | |
| Defendant. | |

///

///

///

All defendants were served with the summons and complaint on May 5, 2026.  Pursuant to Local Rule 144(a), all parties hereby stipulate to extend the time for all defendants to file a responsive pleading by twenty-eight (28) days, from May 26, 2026 to **June 23, 2026**.

**SO STIPULATED.**

Dated:  May 26, 2026                              ANGELO, KILDAY & KILDUFF, LLP

                                                              */s/ Derick E. Konz*

                                                          By:_____
                                                              Derick E. Konz
                                                              Attorneys for Defendants CITY OF
                                                              SACRAMENTO, DANIEL WILLIAMS,
                                                              BAILEY FOSTER, KEVIN LUCAS and
                                                              KRISTIN BEAL

Dated:  May 26, 2026                              QUADRA & COLL, LLP

                                                              */s/ Rebecca M. Coll*

                                                          By:_____
                                                              Rebecca Coll
                                                              Attorneys for Plaintiff SABRINA
                                                              CERVANTES